UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 28 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FREDDY RAY JOHNSON, | ) | Hon. |
| DAVID RAMOS, | ) | |
| | ) | Case No.: **B-01-197** |
| Plaintiffs | ) | |
| | ) | |
| V. | ) | State Court Case No. 2000114816-G |
| | ) | |
| ACandS, INC. | ) | |
| ALLIED SIGNAL AQUA-CHEM, INC. | ) | Jury |
| ARMSTRONG WORLD INDUSTRIES, I | ) | |
| ARVIN INDUSTRIES, INC. | ) | |
| ASTEN, INC. | ) | |
| BORG-WARNER CORPORATION | ) | |
| C.E. THURSTON & SONS, INC. | ) | **NOTICE OF RELATED CASES** |
| CROWN CORK & SEAL CO., INC. | ) | **AND PENDING MOTION** |
| DAIMLER CHRYSLER CORPORATION | ) | **TO TRANSFER** |
| DAIMLER CHYRSLER MOTORS CORP. | ) | |
| DANA CORPORATION | ) | |
| DRESSER INDUSTRIES, INC. | ) | |
| FEDERAL MOGUL CORPORATION | ) | |
| FLINTKOTE COMPANY (THE) | ) | |
| FORD MOTOR COMPANY | ) | |
| FOSTER WHEELER ENERGY CORP. | ) | |
| GAF CORP. | ) | |
| GARLOCK | ) | |
| GASKET HOLDINGS, INC. | ) | |
| GENERAL ELECTRIC CO. | ) | |
| GENERAL MOTORS CORP. | ) | |
| GENERAL REFRACTORIES COMPA | ) | |
| GEORGIA-PACIFIC CORPORATION | ) | |
| INGERSOLL-RAND COMPANY | ) | |
| J.T. THORPE COMPANY | ) | |
| KAISER ALUMINUM & CHEMICAL | ) | |
| KELLOG, BROWN & ROOT, INC. | ) | |
| KELLY-MOORE | ) | |
| MAREMONT CORPORATION (THE) | ) | |
| METROPOLITAN LIFE INSURANCE CO. | ) | |
| MID-VALLEY, INC. | ) | |

DAL:413733.1
37354 1

| | |
|---|---|
| MOOG AUTOMOTIVE, INC. | ) |
| NATIONAL SERVICES INDUSTRIES, I | ) |
| NORTH AMERICAN REFRACTORIES | ) |
| OWENS-ILLINOIS, INC. | ) |
| PFIZER, INC. | ) |
| PLIBRICO COMPANY | ) |
| PNEUMO ABEX CORPORATION | ) |
| PROKO INDUSTRIES, INC. | ) |
| QUIGLEY COMPANY, INC. | ) |
| RAPID-AMERICAN CORPORATION | ) |
| RILEY STOKER CORP. | ) |
| SHOOK & FLETCHER INSULATION | ) |
| SYNKOLOID, A DIVISION OF MURA | ) |
| T & N, plc | ) |
| TRIPLEX, INC. | ) |
| U.S. GYPSUM COMAPNY | ) |
| U.S. MINERAL PRODUCTS COMP | ) |
| UNION CARBIDE CORP. | ) |
| UNIROYAL HOLDING, INC. | ) |
| W.R. GRACE & CO-CONN | ) |
| | ) |
| Defendants. | ) |

United States District Court
Southern District of Texas
FILED

NOV 2 8 2001

Michael N. Milby
Clerk of Court

B-01-197

## NOTICE OF RELATED CASES AND PENDING MOTION TO TRANSFER

Please take notice that Removing Defendants, DaimlerChrysler Corporation, Ford Motor Company, and General Motors Corporation are also removing similar claims and causes of action pursuant to 28 U.S.C. § 1452 in approximately 400 other cases pending in the state of Texas. In addition, a motion to transfer these claims pursuant to 28 U.S.C. § 157(b)(5), to resolve common threshold issues regarding automotive parts and asbestos disease, is currently pending before the United States District Court of the District of Delaware.

Respectfully submitted,

By: /s/ John Henderson
John R. Henderson
State Bar No. 09424200
Federal I.D. No. 9857
Brown McCarroll, L.L.P.
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 999-6100

**ATTORNEYS FOR DEFENDANT FORD MOTOR COMPANY**

By: /s/ Robert Thackston by permission JRH
Robert Thackston
State Bar No. 00785487
Federal I.D. No. Bar No. 17568
Joseph Blizzard
State Bar No. 00789156
Federal I.D. No. 17736
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
(214) 855-4500

**ATTORNEYS FOR DEFENDANT DAIMLERCHRYSLER**

By: /s/ Dawn Wright by permission JRH
Dawn Wright
State Bar No. 12742030
Federal I.D. No. 11545
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201
214/969-1700
214/969-1751 FAX

**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Related Case was served on Nov 29, 2001 by U.S. Mail, first-class, postage prepaid upon all known counsel of record.

/s/ John Henderson
John R. Henderson