2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FREDDY RAY JOHNSON, | ) | Hon. |
| DAVID RAMOS, | ) | |
| | ) | Case No.: **B-01-197** |
| Plaintiffs | ) | |
| | ) | |
| V. | ) | State Court Case No. 2000114816-G |
| | ) | |
| ACandS, INC. | ) | |
| ALLIED SIGNAL AQUA-CHEM, INC. | ) | Jury |
| ARMSTRONG WORLD INDUSTRIES, I | ) | |
| ARVIN INDUSTRIES, INC. | ) | |
| ASTEN, INC. | ) | |
| BORG-WARNER CORPORATION | ) | |
| C.E. THURSTON & SONS, INC. | ) | **MOTION OF REMOVING** |
| CROWN CORK & SEAL CO., INC. | ) | **DEFENDANTS TO LIMIT** |
| DAIMLER CHRYSLER CORPORATION | ) | **DOCUMENTS FILED** |
| DAIMLER CHYRSLER MOTORS CORP. | ) | **WITH NOTICE OF** |
| DANA CORPORATION | ) | **REMOVAL** |
| DRESSER INDUSTRIES, INC. | ) | |
| FEDERAL MOGUL CORPORATION | ) | |
| FLINTKOTE COMPANY (THE) | ) | |
| FORD MOTOR COMPANY | ) | |
| FOSTER WHEELER ENERGY CORP. | ) | |
| GAF CORP. | ) | |
| GARLOCK | ) | |
| GASKET HOLDINGS, INC. | ) | |
| GENERAL ELECTRIC CO. | ) | |
| GENERAL MOTORS CORP. | ) | |
| GENERAL REFRACTORIES COMPA | ) | |
| GEORGIA-PACIFIC CORPORATION | ) | |
| INGERSOLL-RAND COMPANY | ) | |
| J.T. THORPE COMPANY | ) | |
| KAISER ALUMINUM & CHEMICAL | ) | |
| KELLOG, BROWN & ROOT, INC. | ) | |
| KELLY-MOORE | ) | |
| MAREMONT CORPORATION (THE) | ) | |
| METROPOLITAN LIFE INSURANCE CO. | ) | |
| MID-VALLEY, INC. | ) | |

DAL-413748 1
37354.1

```
MOOG AUTOMOTIVE, INC.                         )
NATIONAL SERVICES INDUSTRIES, I               )
NORTH AMERICAN REFRACTORIES                   )
OWENS-ILLINOIS, INC.                          )
PFIZER, INC.                                  )
PLIBRICO COMPANY                              )
PNEUMO ABEX CORPORATION                       )
PROKO INDUSTRIES, INC.                        )
QUIGLEY COMPANY, INC.                         )
RAPID-AMERICAN CORPORATION                    )
RILEY STOKER CORP.                            )
SHOOK & FLETCHER INSULATION                   )
SYNKOLOID, A DIVISION OF MURA                 )
T & N, plc                                    )
TRIPLEX, INC.                                 )
U.S. GYPSUM COMAPNY                           )
U.S. MINERAL PRODUCTS COMP                    )
UNION CARBIDE CORP.                           )
UNIROYAL HOLDING, INC.                        )
W.R. GRACE & CO-CONN                          )
                                              )
        Defendants.                           )
```

United States District Court
Southern District of Texas
FILED

NOV 2 8 2001

Michael N. Milby
Clerk of Court

B-01-197

## MOTION OF REMOVING DEFENDANTS TO LIMIT DOCUMENTS FILED WITH NOTICE OF REMOVAL

The Removing Defendants, Ford Motor Company, DaimlerChrysler Corporation and General Motors Corporation (hereinafter "**the Removing Defendants**") seek an order from the Court limiting the documents required to be filed with the Court, as follows:

1. This case is one of approximately 400 cases pending in the state of Texas in which the Removing Defendants are removing certain claims or causes of action pursuant to 28 U.S.C. § 1452. The nature of the claims being removed and the bases for the removal are fully set forth in the Notice of Removal. As stated in the Notice of Removal, the Removing Defendants have filed, with the United States District Court of the District of Delaware, a motion to transfer to that court

DAL:413748.1
37354.1

2

the claims being removed in this case, along with those in the numerous other cases being removed. The bankruptcy proceeding that is related to these claims is pending in that court.

2. In light of the number of cases being removed and the motion to transfer that is pending in the United States District Court for the District of Delaware, the Removing Defendants desire to limit the number of documents being filed with the Notice of Removal in each case. Specifically, the Removing Defendants do not wish to burden the Court with an unnecessary volume of documents that are unrelated to the claims being removed. Furthermore, in light of the number of cases being removed, the Removing Defendants are seeking to remove the cases as expeditiously and efficiently as possible.

3. Accordingly, the Removing Defendants request the Court's permission to file only the following documents, which they have filed with their Notice of Removal:

    A. The state court's Docket Sheet;

    B. The most recent Petition filed by Plaintiffs;

    C. Any answers to Plaintiffs' Petition filed by the Removing Defendants, Ford Motor Co., DaimlerChrysler Corp. and General Motors Corp.;

    D. Any executed process directed to Ford Motor Co., DaimlerChrysler Corp. and General Motors Corp.;

    E. Any orders entered by the state court; and

    F. A list of counsel of record and the parties represented.

4. The United States District Court for the Southern District of Texas granted a similar order in connection with the removals filed by Dow Corning Corporation and The Dow

Chemical Company in cases related to the Dow Corning Bankruptcy. A copy of such an order is attached to this Motion.

     5.     The Removing Defendants will supplement their Notice of Removal to provide additional documents if directed to do so by the Court.

     6.     A proposed order granting the relief sought in this motion is attached hereto.

WHEREFORE, the Removing Defendants request the Court to enter the attached Order Limiting the Documents Filed with their Notice of Removal.

Respectfully submitted,

By: /s/ John R. Henderson
John R. Henderson
State Bar No. 09424200
Federal I.D. No. 9857
Brown McCarroll, L.L.P.
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 999-6100

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

By: /s/ Robert Thackston (by permission JRH)
Robert Thackston
State Bar No. 00785487
Federal I.D. No. 17568
Joseph Blizzard
State Bar No. 00789156
Federal I.D. No. 17736
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
(214) 855-4500

**ATTORNEYS FOR DEFENDANT DAIMLERCHRYSLER**

By: /s/ Dawn Wright (by permission JRH)
Dawn Wright
State Bar No. 12742030
Federal I.D. No. 11545
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201
214/969-1700
214/969-1751 FAX

**ATTORNEYS FOR DEFENDANT GENERAL MOTORS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Limit Documents was served on NOV 29, 2001 by U.S. Mail, first-class, postage prepaid upon all known counsel of record.

/s/ John Henderson
John R. Henderson

DAL.413748.1
37354 1

5

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
ENTERED
JUL 19 1995
Michael N. Milby, Clerk
By Deputy: Joyce Greent

IN RE: §
§
BREAST IMPLANT REMOVALS §

SPECIAL ORDER H-95- 8

# PROCEDURAL ORDER

In all removals filed by Dow Corning Corporation and The Dow Chemical Company after the date of this order, the following procedures shall apply:

1. With each notice of removal, the removing party shall file a list of all counsel of record in the removed case, including addresses, telephone numbers and parties represented.

2. All other requirements of statutes, rules and Local Rule 3.K requiring matters to be attached to the notice of removal are suspended until further order.

3. Local Rule 3.A requiring the filing of a civil cover sheet with each notice of removal is suspended in those cases in which prior written consent has been obtained from the Clerk's Office. The Clerk's Office may change the requirements of the civil cover sheet as it deems necessary to facilitate these removals.

4. The Clerk shall serve notice of hearings and other matters on the removing party only, and it shall be the responsibility of the removing party to serve such notices on all other parties.

5. A copy of this Order, together with copies of Special Order 95-1, 95-2 and 95-7 shall be served by the removing party on all other parties along with the notice of removal.

Signed on the __19th__ day of July, 1995, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FREDDY RAY JOHNSON, | ) | Hon. |
| DAVID RAMOS, | ) | |
| | ) | Case No.: |
| Plaintiffs | ) | |
| | ) | |
| V. | ) | State Court Case No. 2000114816-G |
| | ) | |
| ACandS, INC. | ) | |
| ALLIED SIGNAL AQUA-CHEM, INC. | ) | Jury |
| ARMSTRONG WORLD INDUSTRIES, I | ) | |
| ARVIN INDUSTRIES, INC. | ) | |
| ASTEN, INC. | ) | |
| BORG-WARNER CORPORATION | ) | |
| C.E. THURSTON & SONS, INC. | ) | **ORDER LIMITING** |
| CROWN CORK & SEAL CO., INC. | ) | **DOCUMENTS REQUIRED TO** |
| DAIMLER CHRYSLER CORPORATION | ) | **BE FILED WITH REMOVAL** |
| DAIMLER CHRYSLER MOTORS CORP. | ) | |
| DANA CORPORATION | ) | |
| DRESSER INDUSTRIES, INC. | ) | |
| FEDERAL MOGUL CORPORATION | ) | |
| FLINTKOTE COMPANY (THE) | ) | |
| FORD MOTOR COMPANY | ) | |
| FOSTER WHEELER ENERGY CORP. | ) | |
| GAF CORP. | ) | |
| GARLOCK | ) | |
| GASKET HOLDINGS, INC. | ) | |
| GENERAL ELECTRIC CO. | ) | |
| GENERAL MOTORS CORP. | ) | |
| GENERAL REFRACTORIES COMPA | ) | |
| GEORGIA-PACIFIC CORPORATION | ) | |
| INGERSOLL-RAND COMPANY | ) | |
| J.T. THORPE COMPANY | ) | |
| KAISER ALUMINUM & CHEMICAL | ) | |
| KELLOG, BROWN & ROOT, INC. | ) | |
| KELLY-MOORE | ) | |
| MAREMONT CORPORATION (THE) | ) | |
| METROPOLITAN LIFE INSURANCE CO. | ) | |
| MID-VALLEY, INC. | ) | |

DAL:413745.1
37354.1

| | |
|---|---|
| MOOG AUTOMOTIVE, INC. | ) |
| NATIONAL SERVICES INDUSTRIES, I | ) |
| NORTH AMERICAN REFRACTORIES | ) |
| OWENS-ILLINOIS, INC. | ) |
| PFIZER, INC. | ) |
| PLIBRICO COMPANY | ) |
| PNEUMO ABEX CORPORATION | ) |
| PROKO INDUSTRIES, INC. | ) |
| QUIGLEY COMPANY, INC. | ) |
| RAPID-AMERICAN CORPORATION | ) |
| RILEY STOKER CORP. | ) |
| SHOOK & FLETCHER INSULATION | ) |
| SYNKOLOID, A DIVISION OF MURA | ) |
| T & N, plc | ) |
| TRIPLEX, INC. | ) |
| U.S. GYPSUM COMAPNY | ) |
| U.S. MINERAL PRODUCTS COMP | ) |
| UNION CARBIDE CORP. | ) |
| UNIROYAL HOLDING, INC. | ) |
| W.R. GRACE & CO-CONN | ) |
| | ) |
| Defendants. | ) |

## ORDER LIMITING DOCUMENTS REQUIRED TO BE FILED WITH REMOVAL

Before the Court is the Motion of the Removing Defendants, Ford Motor Co., DaimlerChrysler Corp., and General Motors Corp. (hereinafter, the "**Removing Defendants**") to limit the documents required to be filed with the Removing Defendants' Notice of Removal. The Court is of the opinion that the motion is well taken and should be granted. Accordingly, the Court hereby orders that the Removing Defendants shall be required to file only the following documents:

A. The state court's Docket Sheet;

B. The most recent Petition filed by Plaintiffs;

C. Any answers to Plaintiffs' Petition filed by the Removing Defendants, Ford Motor Co., DaimlerChrysler Corp. and General Motors Corp.;

DAL:413745.1
37354.1

2

D.  Any executed process directed to Ford Motor Co., DaimlerChrysler Corp. and General Motors Corp.;

E.  Any orders entered by the state court; and

F.  A list of counsel of record.

SIGNED on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING