11

United States District Court
Southern District of Texas
FILED

FEB 1 4 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FREDDY RAY JOHNSON, DAVID RAMOS, | ) ) ) | Hon. |
| Plaintiffs | ) ) ) | Case No.: B-01-197 |
| V. | ) ) | State Court Case No. 2000114816-G |
| ACandS, INC., et al. | ) ) ) | |
| Defendants. | ) | Jury |

### NOTICE OF FILING OF ORDER GRANTING TEMPORARY STAY PENDING APPEAL

Appellants Ford Motor Company, DaimlerChrylser Corporation and General Motors Corporation hereby submit the attached Order that was issued on February 11, 2002 by the United States Court of Appeals for the Third Circuit. The Order stays the February 8, 2002 Order of the United States District Court for the District of Delaware remanding to state court the claims removed by the automotive defendants.

By: /s/ John R. Henderson
John R. Henderson
State Bar No. 09424200
Federal I.D. No. 9857
Brown McCarroll, L.L.P.
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 999-6100

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

DAL:426121 1
37354 100969

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Filing of Order Granting Temporary Stay Pending Appeal was served on the 13 day of February 2002 by U.S. Mail, first-class, postage prepaid upon all known counsel of record.

*/s/ John R. Henderson*

John R. Henderson

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-1426

In Re: Federal-Mogul Global, Inc., et al.

Daimler Chrysler Corporation, Ford Motor
Company and General Motors Corporation,
Appellants

(DC No. 01-10578 (AMW))

Present:    Scirica, Circuit Judge

1) Emergency Motion for Stay Pending Appeal by Appellants

_____ O R D E R _____

The forgoing Motion for stay is granted temporarily in order for the Court to receive responses to the motion from opposing counsel and for full consideration of the matter by a three judge panel. Appellees' shall file written responses to the motion for stay on or before 10:00 am, Friday, February 15, 2002.

For the Court,

[signature]
Clerk

Dated: FEB 11 2002

PSC/cc: CL, EW, EI
RM, AR, PK
ME, JK, WW
RP, JSG

A TRUE COPY
[signature]
ACTING CLERK

TOTAL P.02