| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

FREDDY RAY JOHNSON, et al        §
                                 §
                                 §
                                 §
versus                           §    CIVIL ACTION: B: 01-197
                                 §
                                 §
                                 §
ACandS, INC., et al              §

United States District Court
Southern District of Texas
ENTERED

APR 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order Setting Teleconference

The initial pre-trial conference scheduled for *April 15, 2002 at 2:15 p.m.* will be held *via telephone*. The Case Manager will initiate the call. All counsel must be on standby until called.

Signed on _April 12_, 2002 at Brownsville, Texas.

HILDA G. TAGLE
United States District Judge