THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Freddy Ray Johnson, David Ramos, <br><br>Plaintiffs, <br><br>v. <br><br>ACandS, Inc., et al. <br><br>Defendants. | CIVIL ACTION NO. B-01-197 |

### ORDER

BE IT REMEMBERED that on April 16, 2002, the Court **ORDERED** that the initial pre-trial conference be rescheduled to **April 22, 2002, at 11:00 a.m.** The conference will be held via telephone.

Any person appearing must be listed on the pleadings, have knowledge of the facts and have authority to bind the client. The Parties are forewarned that failure to obey an order of the Court may result in sanctions.

DONE at Brownsville, Texas this 16th day of April, 2002.

Hilda G. Tagle
United States District Judge