## Civil Courtroom Minutes



| | | | | | |
|---|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | | |
| CASE MANAGER | Stella Cavazos | | | | |
| LAW CLERK | ■ Roberts | | □ Lehrman | | |
| DATE | 04 | 15 | 02 | | |
| TIME | | a.m. | | | a.m. |
| | 2:30 | p.m. | 2:50 | | p.m. |
| CIVIL ACTION | B | 01 | 197 | | |
| STYLE | Johnson  *versus*  ACandS, Inc., et al | | | | |

DOCKET ENTRY    ■ Initial Pre Trial Conference via telephone (NOT HELD)

(HGT)    (Rptr. Breck Record)

Comments:

    Attempts were made by the Case Manager and the AT&T operator to connect all counsel for this teleconference, but to no avail. (lead counsel was not available or phone number on docket was incorrect) The Court cancelled the hearing.