IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Freddy Ray Johnson,<br>David Ramos<br><br>　　　Plaintiffs,<br><br>v.<br><br>ACandS, Inc., et al,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-01-197<br>§<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on April 22, 2002, the Court held a status conference via telephone with the removed parties in this case. After consideration, the Court finds that the following Orders should be made. It is therefore

**ORDERED** that all pending motions in this case are denied without prejudice. Such motions may be reurged after the United States Court of Appeals for the Third Circuit has issued a ruling in the pending appeals from the February 8, 2002 Order of Judge Alfred Wolin of the District of Delaware remanding all "Friction Products Claims" to the state courts from which they were removed. It is further

**ORDERED** that this case is hereby **STAYED** until the Third Circuit makes its ruling, subject to lifting said stay thereafter upon Motion by any party. It is further

**ORDERED** that should the stay of this case be lifted, that within seven days thereof, any party may file a "Notice of Reurging of Motion."

DONE at Brownsville, Texas, this 24th day of April 2002.

Hilda G. Tagle
United States District Judge