## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
APR 2 2 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Roberts    □ Lehrman |
| DATE | 04 — 22 — 02 |
| TIME | 11:00 a.m. — 11:30 a.m. |
| CIVIL ACTION | B — 01 — 197 |
| STYLE | Freddy Ray Johnson *versus* ACandS, Inc. et al. |

DOCKET ENTRY

(HGT)  ■ Status Conference;           (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    David Gent

Attorney(s) for Defendant(s):   Robert E. Thackston for Daimler Chrysler
                                John R. Henderson for Ford Motor Co.
                                Dawn M. Wright for General Motors Corp.

■   Teleconference held: Comments:

Attorney Gent indicated to the Court that he was the attorney representing the federal portion of this action for the Plaintiffs and that Attorney Wert was the lead attorney for the underlying state action.

The Judge asked the Parties to update the Court on the status of this case in light of the Third Circuit's stay pending its consideration of the (Delaware District Court's) remand order. Mr. Gent advised the Court that it was his understanding that Judge Vela, also of the Southern District, had remanded this case to state court. Mr. Gent indicated that he had a signed Order from Judge Vela, but noted that it was a separate cause number. Attorney Henderson advised the Court that he was not aware of this other case, or of a remand from Judge Vela, but that it was his understanding that the

issue of remand was directly before the Third Circuit. The other attorneys for the auto company Defendants agreed that this issue was currently before the Third Circuit.

The Judge then indicated that the Court would issue an Order, assuming that Judge Vela's order referred to a separate action, that stayed any further action on this case pending the Third Circuit's decision. The Judge further admonished the Parties that they must be available when the Court orders a teleconference.