UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FREDDY RAY JOHNSON, ) | |
| DAVID RAMOS, ) | |
| ) | |
| Plaintiffs ) | Case No.: B-01-197 |
| ) | |
| V. ) | |
| ) | |
| ACandS, INC., et al. ) | |
| ) | |
| Defendants. | |

## DAIMLERCHRYSLER CORPORATION'S AGREED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant DaimlerChrysler Corporation ("Chrysler") and its counsel of record, Robert Thackston of Jenkens & Gilchrist, respectfully move that John R. Henderson and Lynn R. Levitan of Brown McCarroll, L.L.P. be permitted to substitute as counsel of record for defendant Chrysler, in the above-referenced matter, and that John R. Henderson be designated as lead counsel.

WHEREFORE, PREMISES CONSIDERED, Chrysler prays that Robert Thackston of the law firm of Jenkens & Gilchrist be released as counsel of record for Chrysler, and that John R. Henderson and Lynn R. Levitan of the law firm of Brown McCarroll, L.L.P. located at 2001 Ross Avenue, Suite 2000, Dallas, Texas 75205, (214) 999-6100, fax (214) 999-6170, to substitute as counsel of record for Chrysler, Defendant in the above styled and numbered cause.

Respectfully submitted,

*[signature]*

John R. Henderson
SBN 09424200
Federal I.D. No. 9857
Lynn R. Levitan
SBN 24030271
Federal I.D. No. 29640
**BROWN MCCARROLL, L.L.P.**
2000 Trammell Crowe Center
2001 Ross Avenue
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (telecopier)

*[signature]* by permission

Robert Thackston
State Bar No. 00785487
Federal I.D. No. 17568
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, TX 75202
(214) 855-4500

**ATTORNEYS FOR DEFENDANT
DAIMLERCHRYSLER**

## Certificate of Conference

Counsel for Chrysler conferred with Counsel for plaintiffs and plaintiffs' counsel stated that he was in agreement with this Motion.

_____
Lynn R. Levitan

## Certificate of Service

    I hereby certify that a true and correct copy of the above and foregoing was sent by certified mail, return receipt requested, to counsel for plaintiffs and by regular mail to all other known counsel of record on this the 26th day of July, 2002.

                                                                          Lynn R. Levitan