UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FREDDY RAY JOHNSON, <br> DAVID RAMOS, <br><br> Plaintiffs <br><br> V. <br><br> ACandS, INC., et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No.: B-01-197 <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

The Court, upon the agreement of the parties, Orders as follows:

IT IS HEREBY ORDERED, that John R. Henderson and Lynn R. Levitan of Brown McCarroll, L.L.P. are substituted as counsel of record for Chrysler and that John R. Henderson is designated as lead counsel for Chrysler.

SIGNED this the _2_ day of _August_, 2002.

_____
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL**                              Solo Page
DAL:452192.1
37354.1