United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FREDDY RAY JOHNSON and DAVID RAMOS | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-01-197 |
| ACANDS, INC., ET AL. | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on February 18, 2005, the Court considered the status of the above styled litigation. Nearly three years ago, on April 24, 2002, this case was stayed pending the United States Court of Appeals for the Third Circuit's ruling on the order issued by United States District Court Judge Alfred Wolin of the United States District Court for the District of Delaware. Dkt. No. 15.

The parties are **ORDERED** to submit a report signed by all attorneys of record explaining the present status of this case with this Court no later than 3:00 p.m. on February 28, 2005.

DONE at Brownsville, Texas, this 18 day of February, 2005.

Hilda G. Tagle
United States District Judge

1