02/28/2005 14:21 FAX 2149996147          BROWN McCARROLL                    ☑004

United States District Court
Southern District of Texas
FILED

MAR 0 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FREDDY RAY JOHNSON and DAVID RAMOS | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-01-197 |
| AC AND S, INC., ET AL. | § § | |
| Defendants. | § § | |

## STATUS REPORT

As requested in the Court's February 18, 2005 Order, this shall serve as a report explaining

the preset status of this case. According to the Court's Docket, the only attorneys of record are

Scott W. Wert, counsel for Plaintiffs, John Henderson, counsel for Daimler Chrysler Corporation.

Daimler Chrysler Motors Corporation and Ford Motor Company, and Dawn Wright, counsel for

General Motors Corporation.

This matter was removed from the 404th District Court of Cameron County, Texas to this

Court on or about November 28, 2001. On or about February 27, 2002, the Cameron County Court

administratively closed their file, citing the bankruptcy of Federal Mogul Corporation, which also

served as the basis of the removal to this Court. As this Court's February 18, 2005 Order correctly

points out, this case was stayed on or about April 24, 2002, pending a ruling by the Third Circuit on

Defendants Daimler Chrysler Corporation, Ford Motor Company and General Motors Corporation's

Appeal of Judge Wolin's Order remanding cases back to their originating courts. That same day, a

dismissal was entered in the Cameron County Court with respect to Federal Mogul Corporation.

According to the Cameron County District Clerk, from that point on the Cameron County Case was

Status Report– Page 1

DAL:611853.1
37354.100146

Case 1:01-cv-00197 Document 20 Filed in TXSD on 03/01/2005 Page 2 of 4

reopened, and the litigation resumed between Plaintiffs and several of the Defendants. However, the Cameron County District Clerk did not have any record of a Order of Remand from this Court. It is unknown why and how the Cameron County Case simply resumed without an Order of Remand, but that appears to be what happened. Subsequently, Plaintiff, Daimler Chrysler Corporation, Daimler Chrysler Motors Corporation, Ford Motor Company and General Motors Corporation have resolved all disputes between them. The Parties are currently working to finalize the relevant settlement agreements.

Counsel for Daimler Chrysler Corporation, Daimler Chrysler Motors Corporation and Ford Motor Company have diligently tried to contact Counsel for Plaintiff regarding the status of this case and this status report. However, Plaintiff's counsel could not be reached.

Respectfully submitted,

John Henderson
State Bar No. 09424200
Federal I.D. No. 9857
Nancy Fuller
State Bar No. 14101150
Federal I.D. No. 29413
**BROWN MCCARROLL, L.L.P.**
2001 Ross Avenue, Suite 2000
Dallas, Texas  75201-2995
(214) 999-6100 – Telephone
(214) 999-6170 – Facsimile

**ATTORNEYS FOR DEFENDANTS
DAIMLER CHRYSLER CORPORATION,
DAIMLER CHRYSLER MOTORS
CORPORATION AND FORD MOTOR
COMPANY**

**-and-**

Dawn Wright
State Bar No. 12742030
Federal I.D. No. 11545
**THOMPSON & KNIGHT, P.C.**
1700 Pacific Avenue, Ste. 3300
(214) 969-1751 – Telephone
(214) 969-1700 – Facsimile

**ATTORNEY FOR DEFENDANT
GENERAL MOTORS CORPORATION**

DAL:611853.1
37354.100146

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded this 28ᵗʰ day of February _____, 2005 to Plaintiff's counsel, with notice to all known defense counsel of record as required by the Federal Rules of Civil Procedure.

Nancy Fuller

DAL:611853.1
37354.100146