## Attorneys At Law

Austin • Dallas • Houston • Longview • El Paso

# FAX COVER SHEET

United States District Court
Southern District of Texas
RECEIVED

FEB 28 2005

DALLAS OFFICE
2000 Trammell Crow Center
2001 Ross Avenue
214-999-6139            Dallas, Texas 75201-2995            (214) 999-6170 (FAX)

| From: | Nancy Fuller | Client/Matter No.: | 38630.100146 |
|---|---|---|---|
| User ID: | 7451 | Total Pages: | ▶ 7 |

| Recipient | Company | Phone No. | Fax No. |
|---|---|---|---|
| Honorable Hilda Tagle | Southern District Court | | 956-574-7416 |

DATE:     February 28, 2005

Original Will Follow?                                Confirmation Receipt Required?

**MESSAGE:** Civil Action No. B-01-197; Freddy Johnson, et al. v. ACandS, Inc., et al.

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (214) 999-6100.*

Completed By: _____     Date: _____     Time: _____

02/28/2005 14:21 FAX 2149996147     BROWN McCARROLL     ☒002



Brown McCarroll
L.L.P.

2001 Ross Avenue, Suite 2000, Dallas, Texas 75201-6929
(214) 999-6100  fax (214) 999-6170

NANCY FULLER
(214) 999-6139 – direct dial
e-mail: nfuller@mailbmc.com

February 28, 2005

**Via Mail**
Ms. Stella Cavazos
Case Manager
U. S. District Court
600 East Harrison, Ste. 101
Brownsville, TX 78520-7114

Re: Civil Action No. B-01-197; *Freddy Ray Johnson, et al. v. ACandS, Inc., et al.*; In the U.S. District Court for the Southern Division of Texas, Brownsville Division

Dear Ms. Cavazos:

Enclosed please find an original and two copies of the **Status Report filed on behalf of Defendants Daimler Chrysler Corporation, Daimler Chrysler Motors Corporation, Ford Motor Company, and General Motors Corporation** in connection with the above-referenced matter. Please file these documents in your usual manner and return a file-marked copy to the undersigned in the self-addressed, stamped envelope which has been enclosed for your convenience and use.

By copy of this letter, all known counsel of record have been provided with a copy of the enclosed.

Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Nancy Fuller

NF/sm
Enclosures

Austin • Dallas • Houston • Longview

Southern District of Texas
February 28, 2005
Page 2

cc:     **w/Enclosure Via Facsimile (956) 574-7416**
        Judge Hilda G. Tagle

        **w/ Enclosure Via Certified Mail RRR 7003 2260 0001 4213 7916**
        Scott West
        Foster & Sear
        360 Place Office Park
        Arlington, TX 76006

        **w/ Enclosure via facsimile**
        ALL KNOWN COUNSEL OF RECORD

DAL:612007.1
38630.100146