# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 03 2005

MICHAEL N. MILBY, CLERK OF COURT

Scott W Wert
Foster & Sear LLP
1201 N Watson
Ste 145
Arlington TX 76006

Case: 1:01-cv-00197   Instrument: 19   (1 pages)
Date: Feb 22, 2005
Control: 050230383
Notice: The attached order has been entered.

## AUTHORIZATION TO SEND NOTICES BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: ( ____ ) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: ( ____ ) _____

Mail to:   Attorney Admissions
           United States District Clerk
           P.O. Box 61010
           Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

NIXIE       760      1       03/01/05
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

BC: 7720810101O    *2182-01635-01-15

7720871010