# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Scott W Wert
Foster & Sear LLP
1201 N Watson
Ste 145
Arlington TX 76006

United States Courts
Southern District of Texas
FILED

AUG 3 0 2005

Michael N. Milby, Clerk of Court

Case: 1:01-cv-00197   Instrument: 23   (2 pages)
Date: Aug 22, 2005
Control: 050830057
Notice: The attached order has been entered.

You could have received this notice faster by e-mail,
          and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
          and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

AUG 3 0 2005

Michael N. Milby, Clerk of Court

77208%1010





Hasler
$00.370
US POSTAGE

NIXIE    750    1    10  08/27/05
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010    *0133-12457-22-42